UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

RUDOLPH BETANCOURT, Individually,

    Plaintiff,

vs.                                               Case No.  0:22-cv-61761-RS

R.T.G. FURNITURE CORP.,
a Florida Corporation,,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **Fuller, Fuller & Associates, P.A.,** *Attorneys for Plaintiff*

    **Rudolph Betancourt,** *Plaintiff*

    **Elizabeth M. Rodriguez, Esq., Ford & Harrison, LLP,** *Attorneys for Defendant*

    **R.T.G. Furniture Corp.,** *Defendant*

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None**.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None**.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Rudolph Betancourt**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2022, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically notify Counsel for Defendant:

Elizabeth M. Rodriguez, Esq.
Ford Harrison LLP (Miami)
One S.E. Third Avenue – Suite 2130
Miami, FL 33131
erodriguez@fordharrison.com

Respectfully submitted,

/s/ John P. Fuller
John P. Fuller, Esq.
FL Bar No. 0276847
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
jpf@fullerfuller.com

*Attorneys for Plaintiff*